STEVEN G. ZIEFF (State Bar No. 84222)
KENNETH J. SUGARMAN (State Bar No. 195059)
JOHN T. MULLAN (State Bar No. 221149)
RUDY, EXELROD, ZIEFF & LOWE, LLP
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800
Facsimile: (415) 434-0513
sgz@rezlaw.com
kjs@rezlaw.com
jtm@rezlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| EUNICE LEE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC., and DOES 1 through 10,<br><br>Defendants. | Case No. 09-04022 (JSW)<br><br>**STIPULATION FOR LEAVE FOR PLAINTIFFS' TO FILE FIRST AMENDED COMPLAINT AND ORDER THEREON**<br><br>Trial Date: No Date Set<br>Complaint Filed: July 28, 2009 |

1  Plaintiff Eunice Lee, and Defendant Ulta Salon, Cosmetics & Fragrance, Inc., by and
2  through their attorneys of record, hereby stipulate and agree that Plaintiff Eunice Lee shall have
3  leave to file a First Amended Complaint in this lawsuit. A copy of the Proposed First Amended
4  Complaint is attached hereto as Exhibit A.

DATED: November 2, 2009          RUDY, EXELROD, ZIEFF & LOWE, LLP

                                 By: _____
                                 JOHN T. MULLAN
                                 Attorneys for Plaintiffs

DATED: November 2, 2009          LITTLER MENDOLSON

                                 By: _____
                                 JOHN C. KLOOSTERMAN
                                 Counsel for Defendant ULTA SALON,
                                 COSMETICS & FRAGRANCE, INC.

**ORDER**

It is so ordered.

DATED: November 2, 2009          _____
                                 HONORABLE JEFFREY S. WHITE
                                 UNITED STATES DISTRICT JUDGE

---

1

STIPULATION FOR LEAVE TO FILE AN AMENDED COMPLAINT
CASE NO. 09-4022