| | |
|---|---|
| 1 | JOHN M. SKONBERG, Bar No. 069409 |
| 2 | JOHN C. KLOOSTERMAN, Bar No. 182625<br>JENNIFER L. SQUIRES, Bar. No. 251798 |
| 3 | LITTLER MENDELSON<br>A Professional Corporation |
| 4 | 650 California Street<br>20th Floor |
| 5 | San Francisco, CA  94108.2693<br>Telephone:   415.433.1940 |
| 6 | Facsimile:    415.399.8490<br>Email:         jskonberg@littler.com |
| 7 |                     jkloosterman@littler.com<br>                     jsquires@littler.com |

Attorneys for Defendant
ULTA SALON, COSMETICS & FRAGRANCE, INC.

STEVEN G. ZIEFF, Bar No. 84222
KENNETH J. SUGARMAN, Bar No. 195059
JOHN T. MULLAN, Bar No. 221149
RUDY, EXELROD, ZIEFF & LOWE, LLP
351 California Street, Suite 700
San Francisco, CA  94101
Telephone:   415.434.9800
Facsimile:    415.434.0513
Email:         sgz@rezlaw.com
                     kjs@rezlaw.com
                     jtm@rezlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUNICE LEE, and SUSAN MONTEGNA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC.,<br><br>Defendant. | Case No.  C-09-04022 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND EXTENDING DEFENDANT'S TIME TO SUBMIT INITIAL DISCLOSURES**<br><br>COMPLAINT FILED:       July 28, 2009<br>FIRST AMENDED<br>COMPLAINT FILED:       November 2, 2009<br>TRIAL DATE:                  No date set.<br><br>JUDGE:                          Hon. Jeffrey S. White |

STIPULATION & [PROP] ORDER EXTENDING TIME

Case No. C-09-04022 JSW

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

1       Pursuant to Local Rule 6-1(a), Plaintiffs Eunice Lee and Susan Montegna and Defendant Ulta Salon, Cosmetics & Fragrance, Inc., by and through their attorneys of record, hereby stipulate and agree to extend the time within which Defendant Ulta Salon, Cosmetics & Fragrance, Inc. may submit its initial disclosures to November 20, 2009.  The parties also hereby stipulate to extend the time within which Defendant Ulta Salon, Cosmetics & Fragrance, Inc. may answer, move or otherwise respond to Plaintiffs' First Amended Complaint to December 2, 2009.

      The parties acknowledge that these extensions of time will not alter the date of any hearing or conference set by the Court.

Dated: November 17, 2009

/s/ *Jennifer L. Squires*
JENNIFER L. SQUIRES
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
ULTA SALON, COSMETICS & FRAGRANCE, INC.

Dated: November 17, 2009

/s/ *John T. Mullan*
JOHN T. MULLAN
RUDY, EXELROD, ZIEFF & LOWE, LLP
Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 30, 2009

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Firmwide:92938096.1 059310.1008

STIPULATION & [PROP] ORDER EXTENDING TIME      2.      Case No. C-09-04022 JSW