STEVEN G. ZIEFF (State Bar No. 84222)
KENNETH J. SUGARMAN (State Bar No. 195059)
JOHN T. MULLAN (State Bar No. 221149)
RUDY, EXELROD, ZIEFF & LOWE, LLP
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800
Facsimile: (415) 434-0513
sgz@rezlaw.com
kjs@rezlaw.com
jtm@rezlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| EUNICE LEE, and SUSAN MONTEGNA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC.<br><br>Defendant.<br>_____ / | Case No. 09-04022 (JSW)<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR ORDER: (1) PROVISIONALLY CERTIFYING SETTLEMENT CLASS; (2) PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT AND PLAN OF DISTRIBUTION; (3) DIRECTING DISTRIBUTION OF NOTICE OF THE SETTLEMENT; AND (4) SETTING A SCHEDULE FOR THE FINAL SETTLEMENT APPROVAL PROCESS.**<br><br>Date: September 3, 2010<br>Time: 9 A.M.<br>Courtroom: 11<br><br>Before: Honorable Jeffrey S. White<br><br>Complaint Filed: July 28, 2009 |

TO DEFENDANT ULTA SALON, COSMETICS & FRAGRANCE, INC. AND ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on Friday, September 3, 2010 at 9 a.m., in Courtroom 11 of this Court located at 450 Golden Gate Ave., San Francisco, CA 94102, Plaintiff Susan Montegna will move the court for an order (1) approving certification of a provisional settlement class, (2) granting preliminary approval of the settlement and plan of distribution, and (3) directing distribution of class notice, and (4) scheduling a hearing on the final approval of the settlement of this action.

The motion will be based upon this notice, the accompanying memorandum in support, the accompanying declaration of John T. Mullan, the accompanying Joint Stipulation of Settlement and Release, and the records and files in this action.

DATED: July 26, 2010

Respectfully submitted,

RUDY, EXELROD, ZIEFF & LOWE, LLP

By: */s John T. Mullan*
JOHN T. MULLAN
Attorneys for Plaintiffs